AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-cr-134-KAD |
| Laquasia Samms aka: "Quasia" | ) ) ) ) | |
| *Defendant* | | |

FILED 2019 MAY 24 P 12: 47
U.S. DISTRICT COURT
NEW HAVEN, CT

RECEIVED
JUN 0 3 2019
U.S. DISTRICT COURT
NEW HAVEN, CT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Laquasia Samms aka: "Quasia"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - 18 USC 1623 - False Declaration before Grand Jury

Date: 05/21/2019

*Issuing officer's signature*

Joanne Pesta, Operations Supervisor
*Printed name and title*

City and state: New Haven, CT

### Return

This warrant was received on *(date)* 5/22/19, and the person was arrested on *(date)* 5/30/19
at *(city and state)* HTFO, CT

Date: 5/30/19

*Arresting officer's signature*

Matt Duffy SDUSM
*Printed name and title*